**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DATA POWERWORKS, LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:25-cv-00300-JRG-RSP |
| | § | |
| SCHNEIDER ELECTRIC SE, SCHNEIDER ELECTRIC USA, INC., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Parties Joint Stipulation. **Dkt. No. 171**. In the stipulation, Defendant agrees to "withdraw its Fifth, Tenth, and Eleventh Affirmative Defenses without prejudice." *Id.* at 1. Accordingly, the Court **DENIES AS MOOT** Plaintiff's "Motion Partial Summary Judgment of [Defendants'] Fifth, Tenth, and Eleventh Affirmative Defenses." (Dkt. No. 133).

**SIGNED this 6th day of October, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE